# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                                                       Crim. No. 5:91-CR-97-2BO

MURPHY GLENN GRIFFIN, JR

On August 18, 2006, the above named was placed on supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                                     Respectfully submitted,

/s/Jeffrey L. Keller                                          /s/Scott Plaster
Jeffrey L. Keller                                                Scott Plaster
Supervising U.S. Probation Officer                     U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____19_____ day of ___October___, 2010.

Terrence W. Boyle
U.S. District Judge